UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 09-63  13-2807

LOUIS BOYD, JR.                              SECTION R(5)

### ORDER AND REASONS

Defendant Louis Boyd has filed a Motion for Return of
Property. Boyd styles his motion as one under Federal Rule of
Criminal Procedure 41(g), which allows "[a] person aggrieved by
an unlawful search and seizure of property or by the deprivation
of property [to] move for the property's return." A motion under
this Rule, however, is improper when the criminal action against
the defendant has concluded. Here, the Court imposed its amended
judgment on January 23, 2013.[1]  The motion before the Court was
filed on February 15, 2013.[2] The criminal proceedings against him
have therefore ceased.

When a *pro se* petitioner moves for return of property under
Rule 41(g) after the proceedings against him have ceased, a
district court will construe it as one seeking the appropriate
remedy.[3] It is Ordered that Boyd's motion be converted to a civil

---

[1] R. Doc. 171.

[2] R. Doc. 172.

[3] *Clymore v. United States*, 217 F.3d 370, 373 (5th Cir.
2000); *see also United States v. Robinson*, 78 F.3d 172, 174 (5th
Cir. 1996).

action under 28 U.S.C. § 1331 for the return of property.[4]  It is Ordered that this Order be transferred to the civil case file. All further pleadings related to Boyd's motion for return of property should be filed in the civil case file only.

It is further Ordered that Boyd must either pay the filing fee for the case or file an application to proceed *in forma paperis* on or before May 15, 2013. The clerk shall mail an application to Boyd and, should Boyd elect to apply *in forma paupers status*, he shall complete and return such application to Clerk of Court, U.S District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130. Should Boyd fail to do so, his civil case shall be subject to dismissal.

After Boyd has complied with this Order, this Court will set the briefing schedule to decide Boyd's motion. Both Boyd and the Government will have an opportunity to address this issue.

New Orleans, Louisiana, this 8th day of May, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] *See Bailey v. United States*, 508 F.3d 736, 738 (5th Cir. 2007); Clymore, 217 F.3d at 373.